UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NIKO C. MILLER,

    Plaintiff,

v.

TST TRANSFORCE, *et al.*,

    Defendants.

Case No. 2:15-cv-178
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Elizabeth Preston Deavers

## OPINION AND ORDER

This matter is before the Court on Defendants' Motion for Leave to Appear at the Settlement Conference by Telephone ("Defendants' Motion"). (ECF No. 47.) Defendants have submitted the required Confidential Settlement Assessment to the Court. Given their position expressed in that Assessment, the Court **CANCELS** the Settlement Conference currently scheduled for August 15, 2017, and **DENIES AS MOOT** Defendants' Motion.

**IT IS SO ORDERED.**

8-14-2017
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**